

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE ROSEGARDEN HEALTH AND | § | Case No. 18-30623 (AMN) |
| REHABILITATION CENTER LLC, *et al.*, | § | |
| | § | (Joint Administration) |
| Debtors.[1] | § | |
| | § | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND**
**DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Rosegarden Health and Rehabilitation Center LLC, *et al.*, the above-referenced debtors and debtors in possession (collectively, the "Debtors" and each a "Debtor"), as debtors in possession in the above-captioned chapter 11 case, with assistance of their advisors, are filing their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" or "SOFAs") in the Bankruptcy Court for the District of Connecticut, (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Statements and Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Statements and Schedules contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each of the Debtors.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable

---

[1] The Debtors in these cases and the last four digits of each Debtor's tax identification number are: The Rosegarden Health and Rehabilitation Center LLC (4423) and Bridgeport Health Care Center Inc. (6665).

efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against any Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Chief Financial Officer Chaim Stern has signed each of the Statements and Schedules. Mr. Stern is an authorized signatory for the Debtors. In reviewing and signing the Statements and Schedules, Mr. Stern has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Stern has not (and could not have) personally verified the accuracy of each statement and representation contained in the Statements and Schedules, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## <u>Global Notes and Overview of Methodology</u>

1. **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Statements and Schedules; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Statements and Schedules from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Statements and Schedules with respect to claim ("<u>Claim</u>") description or designation; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Statements and Schedules as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Statements and Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed. Furthermore, nothing contained in the Statements and Schedules shall constitute a waiver of rights with respect to each Debtor's chapter 11 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Statements and Schedules except as may be required by applicable law.

2. **Description of the Case and "As Of" Information Date.** On April 18, 2018 (the "<u>Petition Date</u>"), each Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses as debtors in possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The asset information provided herein represents the asset data as of the close of business on April 18, 2018. The liability information represents the liability data of the Debtors as of the close of business on April 18, 2018, except as otherwise noted.

3. **Net Book Value of Assets.** Unless otherwise indicated, the asset data contained in the Statements and Schedules reflect net book value as of April 18, 2018. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value of the underlying assets.

4. **Recharacterization.** Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Statements and Schedules, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Statements and Schedules at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post petition. Disclosure of information in one or more Schedules, one or more Statement question, or one or more exhibits or attachments to the Statements and Schedules, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

5. **Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and post-petition periods and between Debtor and Non-Debtor entities based on the information and research conducted in connection with the preparation of the Statements and Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, each Debtor reserves all of its rights to amend, supplement, or otherwise modify its Statements and Schedules as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6. **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Statements and Schedules, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and accrued accounts payable. The Debtors have also excluded certain assets and liabilities that they believe are property or obligations of Non-Debtor affiliates. The Debtors have also excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized (but not directed) the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities that have been paid post-petition or those that each Debtor anticipates paying via this authorization have not been included in the Schedules. Please see the notes to Schedule E/F for additional information.

7. **Insiders.** For purposes of the Statements and Schedules, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Statements and Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8. **Intellectual Property Rights.** Exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9. **Classifications**. Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by any Debtor of the legal rights of the claimant or a waiver of any Debtor's rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims.

10. **Claims Description.** Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Statements and Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by any Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their Statement and Schedules on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

11. **Causes of Action.** Despite making commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Statements and Schedules, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Statements and Schedules shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

12. **Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies

- Undetermined Amounts. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

- Totals. All totals that are included in the Statements and Schedules represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total maybe different than the listed total.

- Paid Claims. The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to one or more orders entered by the Bankruptcy Court. The Debtors reserve all of their rights to amend or supplement the Statements and Schedules or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities. Please see notes to Schedule E/F for additional information.

- Liens. Property and equipment listed in the Statements and Schedules are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

13. **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

14. **Intercompany Payables and Receivables.** Intercompany receivables/payables are set forth on Schedules B and E/F, respectively. The listing by each Debtor of any account between a Debtor and another affiliate is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of any Debtor regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors periodically record intercompany amounts for combined entities, which could result in discrepancies for allocation between legal entities. The Debtors take no position in these Statements and Schedules as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

15. **Setoffs.** The Debtors periodically incur certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, refunds, negotiations and/or disputes between a Debtor and its customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Statements and Schedules.

16. **Employee Addresses.** Current employee and director addresses have been reported as the Debtors' business address throughout the Statements and Schedules, where applicable.

17. **Debtors' Addresses.** For the purposes of the Statements and Schedules, all addresses for all Debtors have been reported as the Debtor Bridgeport Health Care Center Inc.'s principal place of business in Bridgeport, Connecticut.

18. **Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

## <u>Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities</u>

The Schedules neither purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor. Moreover, given, among other things, questions about the characterization of certain assets and the valuation and nature of certain liabilities, to the extent that any Debtor shows more assets than liabilities, this is not an admission that such Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent any Debtor shows more liabilities than assets, this is not an admission that such Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

1. **Schedule D**

Except as specifically stated herein, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights, including certain parties from whom the Debtors have received lien notices but whose notices the Debtors understands have not yet been filed or recorded. While reasonable efforts have been made, determination of the date upon which each claim in Schedule D was incurred or arose would be unduly burdensome or cost prohibitive, and therefore the Debtors may not list a date for each claim listed on Schedule D.

Finally, the Debtors are taking no position on the extent or priority of any particular creditor's lien in this document.

**2.      Schedule E/F**

Certain of the claims of state and local taxing authorities set forth in Schedule E/F, ultimately may be deemed to be secured claims pursuant to state or local laws. In addition, certain of the claims owing to various taxing authorities to which any Debtor may be liable may be subject to ongoing audits. The Debtors reserve the right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority and the listing of any claim on Schedule E/F does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of each date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule E/F.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to any Debtor. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Pursuant to the Order Granting Debtors' Motion Seeking Authorization to Pay Prepetition Compensation and Related Obligations to Employees and to Maintain Employee Benefit Programs Post-Petition [Docket No. 56] (the "Wages Order"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for wages, salaries, and other compensation, and employee medical and similar benefits. The Debtors have not listed on Schedule E/F any wage or wage-related obligations that the Debtors were granted authority to pay pursuant to any order that has been entered by the Bankruptcy Court, including the Wages Order. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during their chapter 11 cases pursuant to the authority granted in the Wages Order.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

7

The Debtors routinely pay vendor invoices by credit card and keep track of payments made by utilizing the online credit card account statements. However, Debtors' corporate credit card issued by American Express ("AMEX") was canceled when the Debtors filed for Chapter 11 and all related account statements were removed from the AMEX website. As the result, the Debtors have been unable to access their AMEX statements to confirm the amounts paid to vendors using this AMEX corporate card. The Debtors have attempted to identify all affected vendors on Schedule E/F by assigning an Unliquidated denotation alongside outstanding pre-petition accounts payable amounts and have requested that AMEX restore Debtors' access to the account statements as quickly as possible. Accordingly, Schedule E/F does not reflect all pre-petition payments made by the Debtors using the AMEX corporate card. The Debtors reserve the right to supplement and/or amend Schedule E/F once the account statements become available.

3.      **Schedule G**

Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. In addition, each Debtor reserves all of its rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement).

Certain confidentiality and non-compete agreements may not be listed on Schedule G. The Debtors reserves all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, it is the Debtor's intent that each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed

8

thereon. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

**Specific Notes with Respect to Each Debtor's Statement of Financial Affairs**

1. **SOFA Question 3 – Certain payments or transfers to creditors within 90 days before filing this case**

   The Debtors routinely pay vendor invoices by credit card and keep track of payments made by utilizing the online credit card account statements.  However, Debtors' corporate credit card issued by American Express ("AMEX") was canceled when the Debtors filed for Chapter 11 and all related account statements were removed from the AMEX website.  As the result, the Debtors have been unable to access their AMEX statements to confirm the amounts paid during the 90-day period using this AMEX corporate card. The Debtors have requested that AMEX restore Debtors' access to the account statements as quickly as possible.  Accordingly, Debtors' responses to SOFA Question 3 do not include pre-petition payments made by the Debtors during the 90-day period using the AMEX corporate card.   The Debtors reserve the right to supplement and/or amend their responses to SOFA Question 3 once the account statements become available.

   In addition, the Debtors' responses to SOFA Question 3 do not include certain Internal Revenue Service, Connecticut Department of Social Services, and Connecticut Department of Revenue Services levies that occurred during the 90-day period or certain Merchant Cash Advance payments that were made by the Debtors during the 90-day period as the precise dates and amounts of such levies and payments are still being ascertained.  The Debtors reserve the right to supplement and/or amend their responses to SOFA Question 3 once such information become available.

2. **SOFA Question 4 – Payments or transfers to insiders within 1 year before filing this case**

   Mr. Stern receives an annual salary of $257,744 from the Debtors.  In addition, the Debtors made numerous loan repayments to Mr. Stern within 1 year before the Petition Date.  Given the total number of transfers involved and the limited time allotted for the completion of these Schedules and Statements of Financial Affairs, the Debtors' responses to SOFA Question 4 may not be complete.  The Debtors are working to identify all payments and transfers that are responsive to SOFA Question 4 and reserve the right to supplement and/or amend their responses to SOFA Question 4.

3. **SOFA Question 21 – Property held for another**

   The Debtors maintain three (3) bank accounts to hold funds deposited by their patients, to be withdrawn by the patients as needed for incidentals.

   END OF GLOBAL NOTES

**Fill in this information to identify the case:**

Debtor  Bridgeport Health Care Center Inc.

United States Bankruptcy Court for the:  District of Connecticut

Case number  18-50488
(if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | UNKNOWN |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $5,024,718.51 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $5,024,718.51 |

---

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | $2,859,829.53 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . .

   | $117,840.22 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

   | + | $15,272,841.47 |

4. Total liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | $18,250,511.22 |

---

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor | Bridgeport Health Care Center Inc. |
| United States Bankruptcy Court for the: | District of Connecticut |
| Case number (if known) | 18-50488 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.   DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.   CASH ON HAND** | | | |
| 2.1.    PETTY CASH | | | $895.00 |
| **3.   CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.    TD BANK | BHCC OPERATING | 4938 | ($9,803.00) |
| 3.2.    TD BANK | HEALTH INSURANCE | 4781 | $12,854.00 |
| 3.3.    TD BANK | MANOR OPERATING | 5069 | $35.00 |
| 3.4.    TD BANK | PAYROLL | 5051 | $14,173.00 |
| **4.   OTHER CASH EQUIVALENTS** | | | |
| N/A | | | |
| **5   Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | | | $18,154.00 |

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6.   DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7.   DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1.    CCP SOLUTIONS - COPIER | $886.00 |

|  |  | Current value of debtor's interest |
|---|---|---|
| 8. | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** |  |
|  | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT |  |
|  | N/A |  |
| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $886.00 |

## Part 3: ACCOUNTS RECEIVABLE

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| **11. ACCOUNTS RECEIVABLE** | | | |
| 90 DAYS OLD OR LESS | $2,004,043.00 <br> face amount | $0.00 <br> doubtful or uncollectable accounts  = ➜ | $2,004,043.00 |
| OVER 90 DAYS OLD | $2,476,583.00 <br> face amount | $175,572.00 <br> doubtful or uncollectable accounts  = ➜ | $2,301,011.00 |

| | |
|---|---|
| **12 Total of Part 3.** <br> CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $4,305,054.00 |

## Part 4: INVESTMENTS

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |
| **15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| **16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| DESCRIBE: | | |
| **17 Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | |

## Part 5: INVENTORY, EXCLUDING AGRICULTURE ASSETS

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **20. WORK IN PROGRESS** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | | |

**33 Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☑ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1.    OFFICE FURNITURE | $177,946.24 | STRAIGHT LINE DEPRECIATION | $177,946.24 |
| **40. OFFICE FIXTURES** | | | |
| 40.1.    OFFICE FIXTURES | $445,577.18 | STRAIGHT LINE DEPRECIATION | $445,577.18 |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    OFFICE EQUIPMENT | $17,205.44 | STRAIGHT LINE DEPRECIATION | $17,205.44 |
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| N/A | | | |

**43 Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

| | $640,728.86 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.    1996 MITSUBISHI FUSO FE 639 (VIN JW6AAE1H0TL002837) | $0.00 | STRAIGHT LINE DEPRECIATION | $0.00 |
| 47.2.    2003 TOYOTA AVALON XL/XLS (VIN 4T1BF28B13U294171) | $0.00 | STRAIGHT LINE DEPRECIATION | $0.00 |
| 47.3.    2009 CADILLAC CTS (VIN 1G6DT57V390126702) | $0.00 | STRAIGHT LINE DEPRECIATION | $0.00 |
| 47.4.    2011 CHEVROLET SILVERADO K1500 (VIN 1GCNKPEA5BZ186935) | $0.00 | STRAIGHT LINE DEPRECIATION | $0.00 |
| 47.5.    2013 LEXUS RX 350 (VIN 2T2BK1BAXDC188659) | $0.00 | STRAIGHT LINE DEPRECIATION | $0.00 |
| 47.6.    2017 FORD F250 (VIN 1FT7X2B61HEC12783) | $0.00 | STRAIGHT LINE DEPRECIATION | $0.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

N/A

**49. AIRCRAFT AND ACCESSORIES**

N/A

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | | | |
|---|---|---|---|
| 50.1.  OTHER MACHINERY, FIXTURES AND EQUIPMENT | $59,895.65 | STRAIGHT LINE DEPRECIATION | $59,895.65 |

**51 Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

| | $59,895.65 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 9:    REAL PROPERTY**

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  NURSING HOMES - 540-600 BOND STREET, BRIDGEPORT, CT | LEASEHOLD | $4,715,901.47 | STRAIGHT LINE DEPRECIATION | UNKNOWN |

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

| | UNKNOWN |
|---|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 10:    INTANGIBLES AND INTELLECTUAL PROPERTY**

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS**

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| | N/A | | | |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| | 61.1.    HTTP://BRIDGEPORTHEALTHCARECENTER.COM/ | UNKNOWN | | UNKNOWN |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| | 62.1.    LICENSE TO OPERATE AS A NURSING HOME AND PROVIDE FOOD SERVICES | UNKNOWN | | UNKNOWN |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| | 63.1.    PATIENT LIST THAT INCLUDES NAME, ADDRESS, SSN AND DATE OF BIRTH | UNKNOWN | | UNKNOWN |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| | N/A | | | |
| **65.** | **GOODWILL** | | | |
| | N/A | | | |
| **66** | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNKNOWN |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☒ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 11:    ALL OTHER ASSETS**

**70.    DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| **71.    NOTES RECEIVABLE** | | | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | | | |
| ROSEGARDEN | $1,052,751.00 <br> total face amount | − $1,052,751.00 <br> doubtful or uncollectable accounts    = ➔ | $0.00 |

**72.    TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**
DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)
N/A

**73.    INTERESTS IN INSURANCE POLICIES OR ANNUITIES**
N/A

**74.    CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**
N/A

**75.    OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**
N/A

| | Current value of debtor's interest |
|---|---|

**76.  TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

N/A

**77.  OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

N/A

**78  Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

$0.00

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.  Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $18,154.00 | |
| **81.  Deposits and prepayments.** *Copy line 9, Part 2.* | $886.00 | |
| **82.  Accounts receivable.** *Copy line 12, Part 3.* | $4,305,054.00 | |
| **83.  Investments.** *Copy line 17, Part 4.* | | |
| **84.  Inventory.** *Copy line 23, Part 5.* | | |
| **85.  Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.  Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $640,728.86 | |
| **87.  Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $59,895.65 | |
| **88.  Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | UNKNOWN |
| **89.  Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| **90.  All other assets.** *Copy line 78, Part 11.*  + | $0.00 | |
| **91.  Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $5,024,718.51  ＋ 91b | UNKNOWN |
| **92.  Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $5,024,718.51 |

| Fill in this information to identify the case: |
|---|
| Debtor    Bridgeport Health Care Center Inc. |
| United States Bankruptcy Court for the:    District of Connecticut |
| Case number    18-50488<br>(if known) |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

1. **1. Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List All Creditors with Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Creditor's name**<br>BUTTERWORTH & SCHECK INC<br><br>**Creditor's mailing address**<br>10 THOMPSON ST<br>BRIDGEPORT, CT  06615<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/7/2015<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br>**Describe the lien**<br>UCC LIEN - FILING NUMBER 0003093106<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNKNOWN | UNKNOWN |
| **2.2** | **Creditor's name**<br>CORPORATION SERVICE COMPANY, AS REPRESENTATIVE<br><br>**Creditor's mailing address**<br>PO BOX 2576<br>SPRINGFIELD, IL  62708<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2/28/2018<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br>**Describe the lien**<br>UCC LIEN - FILING NUMBER 0003229236<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.3**

**Creditor's name**
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

**Creditor's mailing address**
PO BOX 2576
SPRINGFIELD, IL  62708

**Creditor's email address**

**Date or dates debt was incurred**
2/28/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003229236

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

**2.4**

**Creditor's name**
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

**Creditor's mailing address**
PO BOX 2576
SPRINGFIELD, IL  62708

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003180298

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

**2.5**

**Creditor's name**
DELIA SOTO CONSERVATOR OF THE ESTATE OF RAQUEL SEPULVEDA

**Creditor's mailing address**
C/O COOPER SEVILLANO LLC (433348)
1087 BROAD STREET
FOURTH FLOOR
BRIDGEPORT, CT  06604

**Creditor's email address**

**Date or dates debt was incurred**
9/19/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER
FBT-CV13-6038102-S

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  | Column A | Column B |
| --- | --- | --- |
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* |  |

**2.6**

**Creditor's name**
HEWLETT-PACKARD FINANCIAL SERVICES COMPANY

**Creditor's mailing address**
200 CONNELL DR
BERKELEY HEIGHTS, NJ  07922

**Creditor's email address**

**Date or dates debt was incurred**
4/8/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
EQUIPMENT LEASE - FILING NUMBER 0002929016

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN    Value of collateral: UNKNOWN

---

**2.7**

**Creditor's name**
LIBERTY BANK

**Creditor's mailing address**
ITS SUCCESSORS AND/OR ASSIGNS
326 SOUTH 500 EAST
SALT LAKE CITY, UT  84102

**Creditor's email address**

**Date or dates debt was incurred**
1/17/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003159312

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN    Value of collateral: UNKNOWN

---

**2.8**

**Creditor's name**
LORNA J WALKER CAMPBELL

**Creditor's mailing address**
C/O RICHARD PAUL GIARNEIRO (410305)
972 EAST BROADWAY
SUITE 203
STRATFORD, CT  06615

**Creditor's email address**

**Date or dates debt was incurred**
10/17/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER FBT-CV-16-6059936-S

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN    Value of collateral: UNKNOWN

(Name)

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* |  |

---

**2.9**    **Creditor's name**
MARIE NAVAL

**Creditor's mailing address**
C/O UMEUGO & ASSOCIATES PC (412772)
620 BOSTON POST ROAD
PO BOX 26373
WEST HAVEN, CT 06516

**Creditor's email address**

**Date or dates debt was incurred**
12/16/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER
FBT-CV17-6061208-S

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN      UNKNOWN

---

**2.10**    **Creditor's name**
PEOPLE'S UNITED BANK, N.A.

**Creditor's mailing address**
265 CHURCH ST
STE 701
NEW HAVEN, CT 06510

**Creditor's email address**

**Date or dates debt was incurred**
6/6/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003124918

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN      UNKNOWN

---

**2.11**    **Creditor's name**
PEOPLE'S UNITED BANK, N.A.

**Creditor's mailing address**
265 CHURCH ST
STE 701
NEW HAVEN, CT 06510

**Creditor's email address**

**Date or dates debt was incurred**
1/6/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003124917

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN      UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.12**

**Creditor's name**
PEOPLE'S UNITED BANK, N.A.

**Creditor's mailing address**
850 MAIN ST
BRIDGEPORT, CT  06604

**Creditor's email address**

**Date or dates debt was incurred**
3/13/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0002983774

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN          UNKNOWN

---

**2.13**

**Creditor's name**
PEOPLE'S UNITED BANK, N.A.

**Creditor's mailing address**
850 MAIN ST
BRIDGEPORT, CT  06604

**Creditor's email address**

**Date or dates debt was incurred**
3/9/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003043245

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN          UNKNOWN

---

**2.14**

**Creditor's name**
PEOPLE'S UNITED BANK, N.A.

**Creditor's mailing address**
850 MAIN ST
BRIDGEPORT, CT  06610

**Creditor's email address**

**Date or dates debt was incurred**
7/7/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003191381

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN          UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  | Column A | Column B |
| --- | --- | --- |
|  | **Amount of claim** <br> *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.15**

**Creditor's name**
PEOPLE'S UNITED BANK, N.A.

**Creditor's mailing address**
850 MAIN ST.
BRIDGEPORT, CT  06604

**Creditor's email address**

**Date or dates debt was incurred**
4/28/07

**Last 4 digits of account number:** 0018

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
LOAN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

$2,313,264.98     UNKNOWN

---

**2.16**

**Creditor's name**
PEOPLE'S UNITED BANK, N.A.

**Creditor's mailing address**
850 MAIN ST.
BRIDGEPORT, CT  06604

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0034

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
LOAN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

$128,954.25     UNKNOWN

---

**2.17**

**Creditor's name**
STATE OF CONNECTICUT DEPARTMENT OF LABOR

**Creditor's mailing address**
EMPLOYMENT SECURITY DIVISION
DELINQUENT ACCOUNTS UNIT
200 FOLLY BROOK BLVD
WETHERSFIELD, CT  06109

**Creditor's email address**

**Date or dates debt was incurred**
9/29/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003142306

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$167,515.86     UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.18**

**Creditor's name**
STATE OF CONNECTICUT DEPARTMENT OF LABOR

**Creditor's mailing address**
EMPLOYMENT SECURITY DIVISION
DELINQUENT ACCOUNTS UNIT
200 FOLLY BROOK BLVD
WETHERSFIELD, CT 06109

**Creditor's email address**

**Date or dates debt was incurred**
7/21/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003193185

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: $130,561.81    Value of collateral: UNKNOWN

**2.19**

**Creditor's name**
STATE OF CONNECTICUT DEPARTMENT OF LABOR

**Creditor's mailing address**
EMPLOYMENT SECURITY DIVISION
DELINQUENT ACCOUNTS UNIT
200 FOLLY BROOK BLVD
WETHERSFIELD, CT 06109

**Creditor's email address**

**Date or dates debt was incurred**
11/20/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003213023

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: $119,532.63    Value of collateral: UNKNOWN

**2.20**

**Creditor's name**
STATE OF CONNECTICUT DEPARTMENT OF REVENUE SERVICES

**Creditor's mailing address**
C/O COLLECT & ENFORCE DIV
ATTN: COMMISSIONER OR AGENT IN CHARGE
25 SIGOURNEY ST
HARTFORD, CT 06106

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
TAXES PAYABLE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

---

**2.21**

**Creditor's name**
SUPERSONIC FUNDING

**Creditor's mailing address**
1608 S ASHLAND AVE #35697
CHICAGO, IL 60608

**Creditor's email address**

**Date or dates debt was incurred**
8/30/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003138149

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| UNKNOWN | UNKNOWN |
| --- | --- |

---

**2.22**

**Creditor's name**
SUPERSONIC FUNDING

**Creditor's mailing address**
1608 S ASHLAND AVE #35697
CHICAGO, IL 60608

**Creditor's email address**

**Date or dates debt was incurred**
7/22/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003132387

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| UNKNOWN | UNKNOWN |
| --- | --- |

---

**2.23**

**Creditor's name**
SUPERSONIC FUNDING

**Creditor's mailing address**
1608 S ASHLAND AVE #35697
CHICAGO, IL 60608

**Creditor's email address**

**Date or dates debt was incurred**
7/22/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003132387

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| UNKNOWN | UNKNOWN |
| --- | --- |

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.24**

**Creditor's name**
US INTERNAL REVENUE SERVICE

**Creditor's mailing address**
135 HIGH ST.
HARTFORD, CT  06103

**Creditor's email address**

**Date or dates debt was incurred**
11/3/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
FEDERAL TAX LIEN - FILING NUMBER 0003150741

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN      UNKNOWN

---

**2.25**

**Creditor's name**
US INTERNAL REVENUE SERVICE

**Creditor's mailing address**
135 HIGH ST.
HARTFORD, CT  06103

**Creditor's email address**

**Date or dates debt was incurred**
1/17/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
FEDERAL TAX LIEN - FILING NUMBER 0003160721

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN      UNKNOWN

---

**2.26**

**Creditor's name**
US INTERNAL REVENUE SERVICE

**Creditor's mailing address**
135 HIGH ST.
HARTFORD, CT  06103

**Creditor's email address**

**Date or dates debt was incurred**
4/25/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
FEDERAL TAX LIEN - FILING NUMBER 0003177952

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN      UNKNOWN

| Part 1: | Additional Page | | | |

| | | | **Column A** | **Column B** |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

---

**2.27**

**Creditor's name**
US INTERNAL REVENUE SERVICE

**Creditor's mailing address**
135 HIGH ST.
HARTFORD, CT  06103

**Creditor's email address**

**Date or dates debt was incurred**
9/12/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
FEDERAL TAX LIEN - FILING NUMBER 0003202630

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

---

**2.28**

**Creditor's name**
US INTERNAL REVENUE SERVICE

**Creditor's mailing address**
135 HIGH ST.
HARTFORD, CT  06103

**Creditor's email address**

**Date or dates debt was incurred**
12/21/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
FEDERAL TAX LIEN - FILING NUMBER 0003219308

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

---

**2.29**

**Creditor's name**
US INTERNAL REVENUE SERVICE

**Creditor's mailing address**
135 HIGH ST.
HARTFORD, CT  06103

**Creditor's email address**

**Date or dates debt was incurred**
3/8/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
UCC LIEN - FILING NUMBER 0003232558

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A **Amount of claim** *Do not deduct the value of collateral.* | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| 2.30 | **Creditor's name** US INTERNAL REVENUE SERVICE **Creditor's mailing address** 135 HIGH ST. HARTFORD, CT 06103 **Creditor's email address** **Date or dates debt was incurred** **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** ALL ASSETS **Describe the lien** TAXES PAYABLE **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | UNKNOWN | UNKNOWN |
| 2.31 | **Creditor's name** YALE-NEW HAVEN HOSPITAL INC **Creditor's mailing address** C/O LECLAIRRYAN A PROFESSIONAL CORPORATION (428872) 545 LONG WHARF DRIVE 9TH FLOOR NEW HAVEN, CT 06511 **Creditor's email address** **Date or dates debt was incurred** 11/2/2016 **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** ALL ASSETS **Describe the lien** UCC LIEN - FILING NUMBER FBT-CV16-5032234-S **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | UNKNOWN | UNKNOWN |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,859,829.53 | |

| Fill in this information to identify the case: |
|---|

Debtor    Bridgeport Health Care Center Inc.

United States Bankruptcy Court for the:  District of Connecticut

Case number    18-50488
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ADM UNEMPLOYMENT COMPENSATION<br>ATTN: COMMISSIONER OR AGENT IN<br>CHARGE<br>38 WOLCOTT HILL ROAD<br>WETHERSFIELD, CT  06109<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1901<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $30,248.11 | $30,248.11 |
| 2.2 | **Priority creditor's name and mailing address**<br>CITY OF BRIDGEPORT TAX COLLECTOR<br>ATTN: TAX COLLECTOR<br>325 CONGRESS ST<br>BRIDGEPORT, CT  06604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0327<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br>COMMISSION OF REV SERV (CT TX PR)<br>DEPT REVENUE SERVICE<br>ATTN: COMMISSIONER OR AGENT IN<br>CHARGE<br>P.O. BOX 5030<br>HARTFORD, CT  06102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1900<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $6,989.11 | $6,989.11 |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.4 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80,603.00 | $80,603.00 |
|---|---|---|---|---|

COMMISSION REV SERV (SALES USE /BUS USE)
DEPT REVENUE SERVICE
ATTN: COMMISSIONER OR AGENT IN CHARGE
P.O. BOX 5030
HARTFORD, CT  06102

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 1905

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $131.26 |
|---|---|---|---|

A1 JANITORIAL SUPPLY
29 CEDAR ST
BRIDGEPORT, CT  06608

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5334

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $774,446.95 |
|---|---|---|---|

ABC PAPER & GROCERIES INC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
1500 TROY AVE.
BROOKLYN, NY  11203

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 0030

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,390.65 |
|---|---|---|---|

ABILITY NETWORK INC.
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
DEPT CH 16577
PALATINE, IL  60055-6577

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5261

**Is the claim subject to offset?**
☒ No
☐ Yes

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.4 | **Nonpriority creditor's name and mailing address** <br><br> ABSOLUTE OFFICE FURNITURE <br> ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT <br> 84 ROUTE 59 <br> SUFFERN, NY 10901 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 5295 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $19,278.16 |
| 3.5 | **Nonpriority creditor's name and mailing address** <br><br> ACCELERATED CARE PLUS <br> ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT <br> 9855 DOUBLE R BLVD <br> RENO, NV 89521 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 1573 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $12,341.02 |
| 3.6 | **Nonpriority creditor's name and mailing address** <br><br> ACCOUNTEMPS <br> ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT <br> 12400 COLLECTIONS CENTER DR <br> CHICAGO, IL 60693 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 5152 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $20,900.37 |
| 3.7 | **Nonpriority creditor's name and mailing address** <br><br> ACCUSCRIPT CONSULTING SERVICES <br> ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT <br> 276 CEDAR BRIDGE AVENUE <br> LAKEWOOD, NJ 08701 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 5248 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $8,900.00 |
| 3.8 | **Nonpriority creditor's name and mailing address** <br><br> ADL DATA SYSTEMS INC <br> ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT <br> 9 SKYLINE DRIVE <br> HAWTHORNE, NY 10532 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 1423 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $142,387.18 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | ---: |

**3.9**    **Nonpriority creditor's name and mailing address**

ADVANATGE LASER PRODUCTS. INC.
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
1840 MARIETTA BLVD NW
ATLANTA, GA  30318

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,914.98

---

**3.10**    **Nonpriority creditor's name and mailing address**

ADVANCED CARDIOVASCULAR SPEC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
439 MILL HILL AVE
BRIDGEPORT, CT  06610

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0478

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,043.24

---

**3.11**    **Nonpriority creditor's name and mailing address**

ADVANCED RADIOLOGY CONSULTANTS

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$332.68

---

**3.12**    **Nonpriority creditor's name and mailing address**

ADVANCED WHEELS MOBILITY

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$614.86

---

**3.13**    **Nonpriority creditor's name and mailing address**

AFLAC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
ONE MARCUS BLVD
SUITE 102
ALBANY, NY  12205

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1462

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,554.36

(Name)

| | |
|---|---|
| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
*Check all that apply.*

AFSCME LOCAL 1522
338 GRANFIELD AVE
BRIDGEPORT, CT  06610

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,621.50
*Check all that apply.*

AFSCME LOCAL 1522
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
338 GRANFIELD AVE
BRIDGEPORT, CT  06610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 0020

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $962.46
*Check all that apply.*

A-II RADIATOR. INC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
1900 EAST MAIN STREEET
BRIDGEPORT, CT  06610

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5377

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,296.31
*Check all that apply.*

ALCO SALES & SERVICE CO.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5299

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $352,372.15
*Check all that apply.*

ALL ONESOURCE SUPPLIES. INC.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5365

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,405.16

ALLSCRIPTS LLC

**Date or dates debt was incurred**

**Last 4 digits of account number: 5112**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | | $2,922.50

ALLSTATE MEDICAL SUPPLY INC

**Date or dates debt was incurred**

**Last 4 digits of account number: 0124**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | | $401.50

AMERICAN CATHOLIC PRESS (REC)

**Date or dates debt was incurred**

**Last 4 digits of account number: 5144**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | | $765.15

AMERICAN EXPRESS CM/42007
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
2235 NORTH BENSON RD
FAIRFIELD, CT 06824

**Date or dates debt was incurred**

**Last 4 digits of account number: 0577**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | | $38,691.25

AMERICAN EXPRESS CS/01006

**Date or dates debt was incurred**

**Last 4 digits of account number: 0110**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>AMERICAN EXPRESS JS/11007<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5353 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,419.51 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>AMERICAN EXPRESS RB/51008<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5200 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,405.45 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>AMERICAN EXPRESS/ HILTON JS-91007<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5405 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $752.31 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>AMERICAN EXPRESS-JS DELTA-81008<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5429 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27.46 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>AMERICAN HERITAGE LIFE INS<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5003 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,018.08 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>AMERICAN MED RESPONSE OF CT<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1897 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $26,423.18 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>AMERICAN PLAN ADMINISTRATORS. LLC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5393 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $1,679,866.94 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>ANDREW J. LEVI. MD LLC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5346 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $36.00 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>APPROVED STORAGE AND WASTE HAULING. INC<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>110 EDISON AVE<br>MOUNT VERNON, NY 10550<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5313 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $1,026.29 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>AQUARION WATER CO(BPT HYDRAULI<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 10010<br>LEWISTON, ME 04243<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1427 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $25,020.54 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.34 | **Nonpriority creditor's name and mailing address**<br><br>AUTOMATIC DOOR SYSTEMS INC<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>36 CAPITAL DR<br>WALLINGFORD, CT 06492<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2856** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,578.98 |

| 3.35 | **Nonpriority creditor's name and mailing address**<br><br>AZAR DECORATING CO INC<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>48 BAKERTOWN RD<br>SUITE 404<br>MONROE, NY 10950<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2003** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,775.00 |

| 3.36 | **Nonpriority creditor's name and mailing address**<br><br>BARNUM HARDWARE STORE INC<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>1788 BARNUM AVE<br>BRIDGEPORT, CT 06610<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3025** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,883.36 |

| 3.37 | **Nonpriority creditor's name and mailing address**<br><br>BENEFIT & RISK MANAGEMENT SERVICES<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 2140<br>FOLSOM, CA 95763<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5475** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $404,296.26 |

| 3.38 | **Nonpriority creditor's name and mailing address**<br><br>BENMAN INDUSTRIES INC<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>1870 EAST MAIN ST<br>BRIDGEPORT, CT 06610<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1622** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $152.72 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.39 | **Nonpriority creditor's name and mailing address**<br><br>BERCHEM MOSES & DEVLIN PC<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>75 BROAD STREET<br>MILFORD, CT 06460<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0195 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $262,146.23 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br><br>BEST PLUMBING SPECIALTIES. INC<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 30<br>MYERSVILLE, MD 21773<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5427 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $240.44 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>BLOOM. WARREN (REC)<br>2625 PARK AVE 4P<br>BRIDGEPORT, CT 06604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5208 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $500.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>BOB & RAY OVERHEAD DOORS<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>2050 BARNUM AVENUE<br>STRATFORD, CT 06615<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0189 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $159.52 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>BOB'S EQUIPMENT SERVICE<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>59 WOODWARD AVE<br>SOUTH NORWALK, CT 06854<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5402 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $89.00 |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,558.99

BOSTON MUTUAL LIFE INSURANCE COMPANY
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
120 ROYALL ST.
CANTON, MA 02021

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 5339**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,415.23

BPT HEALTH CARE RESIDENT TRUST

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 0040**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,125.46

BPT MANOR RESIDENT TRUST

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 0041**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $70,245.00

BRIDGEPORT CREDIT UNION

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 0060**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,224,202.69

BRIDGEPORT HEALTH CARE CENTER. INC RETIREE PLAN
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
600 BOND ST.
BRIDGEPORT, CT 06610

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 0602**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.49**    **Nonpriority creditor's name and mailing address**    $1,974.73

BRIDGEPORT HOSPITAL
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
267 GRANT STREET
BRIDGEPORT, CT 06610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 1422

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50**    **Nonpriority creditor's name and mailing address**    $80.00

BRIDGEPORT RADIOLOGICAL ASSOC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 9137
BROOKLINE, MA 02446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5031

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51**    **Nonpriority creditor's name and mailing address**    $149.52

BRIGGS HEALTHCARE
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 1355
DES MOINES, IA 50305-1355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 3081

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.52**    **Nonpriority creditor's name and mailing address**    $35.00

BROOKFIELD PHARMACY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5432

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53**    **Nonpriority creditor's name and mailing address**    $17,918.90

BSD CARE
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
2915 AVENUE K
BROOKLYN, NY 11210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5451

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br><br>BUD'S TRUCK & DIESEL SERVICE INC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5106 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,498.09 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br><br>BURG & WEINGARTEN.CPA<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>149-12 83RD STREET<br>JAMAICA, NY 11414<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0270 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85,500.00 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br><br>CABLEVISI ON OF SO CT<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 15660<br>WORCESTER, MA 01615<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0306 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,614.66 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br><br>CALLCARE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5409 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,783.71 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br><br>CARDIOLOGY PHYSICIANS OF FFLD CNTY<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 417656<br>BOSTON, MA 02241<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0504 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,697.94 |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $338,433.17
*Check all that apply.*

CAREMED INC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 67
CEDARHURST, NY 11516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 6060**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,683,190.87
*Check all that apply.*

CARETECH SUPPLIES. INC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
1123 MCDONALD AVE.
BROOKLYN, NY 11230

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 1973**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
*Check all that apply.*

CARLOTA RAFAEL
C/O LAW OFFICES OF J. WILLIAM GAGNE, JR. & ASSOC. P.C.
ATTN: J. WILLIAM GAGNE, JR.
1 CONGRESS ST., 3RD FLOOR
HARTFORD, CT 06114

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
*Check all that apply.*

CARMEN ESPEJO
C/O LAW OFFICES OF J. WILLIAM GAGNE, JR. & ASSOC. P.C.
ATTN: J. WILLIAM GAGNE, JR.
1 CONGRESS ST., 3RD FLOOR
HARTFORD, CT 06114

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00
*Check all that apply.*

CASTRO. FRANK (TRUMPET PLAYER)

**Date or dates debt was incurred**

**Last 4 digits of account number: 5354**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

(Name)

| **Part 2:** | Additional Page |
|---|---|

Amount of claim

---

**3.64** | **Nonpriority creditor's name and mailing address**

CCP SOLUTIONS. LLC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
74 MARINE STREET
FARMINGDALE, NY 11735

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,140.16

---

**3.65** | **Nonpriority creditor's name and mailing address**

CENTRAD HEALTHCARE. LLC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
184 SHUMAN BLVD
SUITE 130
NAPERVILLE, IL 60563

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,553.90

---

**3.66** | **Nonpriority creditor's name and mailing address**

CHAIM BERKOWITZ ESQ.. CPA
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
268 WILLOUGHBY AVE
BROOKLYN, NY 11205

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5400

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,243.75

---

**3.67** | **Nonpriority creditor's name and mailing address**

CHASE (CREDIT CARD)-9894
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 15123
WILMINGTON, DE 19850

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0485

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$782.13

---

**3.68** | **Nonpriority creditor's name and mailing address**

CHASE -5939

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,426.64

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.69** | **Nonpriority creditor's name and mailing address**

CHUBB 8 SON
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 382001
PITTSBURGH, PA 15250-8001

**Date or dates debt was incurred**

**Last 4 digits of account number: 5294**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,062.00

---

**3.70** | **Nonpriority creditor's name and mailing address**

CIAMBRIELLO. JOHN (REC)
834 MAPLEDALE RD
ORANGE, CT 06477

**Date or dates debt was incurred**

**Last 4 digits of account number: 5191**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,525.00

---

**3.71** | **Nonpriority creditor's name and mailing address**

CL IA LAB PROGRAM(HFCA)
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 70948
CHARLOTTE, NC 28272

**Date or dates debt was incurred**

**Last 4 digits of account number: 0548**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

---

**3.72** | **Nonpriority creditor's name and mailing address**

CMP TRADING INC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
1545A 56TH STREET
BROOKLYN, NY 11219

**Date or dates debt was incurred**

**Last 4 digits of account number: 5183**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,777.25

---

**3.73** | **Nonpriority creditor's name and mailing address**

COASTAL MECHANICAL SERVICES
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
40 HATHAWAY DR
STRATFORD, CT 06615

**Date or dates debt was incurred**

**Last 4 digits of account number: 1771**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$574.55

---

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.74** | **Nonpriority creditor's name and mailing address**
COLONIAL LIFE & ACCIDENT INS

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,476.84

---

**3.75** | **Nonpriority creditor's name and mailing address**
COMMISSION REV SERV ENTITY TX
ATTN: COMMISSIONER OR AGENT IN CHARGE
P.O. BOX 2936
HARTFORD, CT 06104-2936

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

---

**3.76** | **Nonpriority creditor's name and mailing address**
COMPREHENSIVE REHABILITATION SERVICES. LLC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
26 FIREMENS MEMORIAL DR.
SUITE 205
POMONA, NY 10970

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$452,176.36

---

**3.77** | **Nonpriority creditor's name and mailing address**
CONDORPHONE INC (AMEX)
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 100849
BROOKLYN, NY 11210

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0396

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.06

---

**3.78** | **Nonpriority creditor's name and mailing address**
CONNECTICUT - CCSPC
ATTN: COMMISSIONER OR AGENT IN CHARGE
P.O. BOX 990032
HARTFORD, CT 06199-0032

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,569.25

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $471.27

CONNECTICUT IMAGE GUIDED SURG
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 416139
BOSTON, MA 02241

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 5040**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,664.92

CONNECTICUT MEDIA GROUP
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 33767
HARTFORD, CT 06150

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 5103**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,605.00

CONNECTICUT MEDICAL ASSOCIATES
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
1825 BARNUM AVE
SUITE 203
STRATFORD, CT 06614

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 0367**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $70,709.39

CONNECTICUT SUP SERV OXYN
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
786 WEST QUEEN STREET
UNITS 3/4
SOUTHINGTON, CT 06489

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 1013**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,214.96

CONSTRUCTION SPECIALTIES INC
C/O DECOLINK DEVISION
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
PO BOX 31909
HARTFORD, CT 06150

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 0277**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**  Additional Page

| | Amount of claim |
|---|---|

**3.84**  **Nonpriority creditor's name and mailing address**

COSTELLO. BRENNAN AND DEVIDAS. P.C.
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
1238 POST ROAD
FAIRFIELD, CT  06824

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0437

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$412.00

---

**3.85**  **Nonpriority creditor's name and mailing address**

CRAIG J. LUBITSKI CONSULTING LLC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
225 PITKIN STREET
EAST HARTFORD, CT  06108

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5298

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.00

---

**3.86**  **Nonpriority creditor's name and mailing address**

CT ASSOC HEALTH CARE FACILITIE
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
99 EAST RIVER DR
8TH FLOOR
EAST HARTFORD, CT  06108

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0280

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,400.00

---

**3.87**  **Nonpriority creditor's name and mailing address**

CT ASSOC OF THERA RECREA DIREC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
42 CANNER ST
NEW HAVEN, CT  06511

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0399

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$332.00

---

**3.88**  **Nonpriority creditor's name and mailing address**

CT HEART & VASCULAR
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
2979 MAIN STREET
BRIDGEPORT, CT  06606

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0255

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.46

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38.67 |
|---|---|---|---|

**3.89**

**Nonpriority creditor's name and mailing address**

CT RETINA CONSULTANTS LLC

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0554

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $38.67

---

**3.90**

**Nonpriority creditor's name and mailing address**

CT STATE CHECK CASHING SERVICES. INC

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5486

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $369.60

---

**3.91**

**Nonpriority creditor's name and mailing address**

CULINARY DEPOT

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5388

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $893.82

---

**3.92**

**Nonpriority creditor's name and mailing address**

CUMMINS-ALLISON CORPORATION

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $1,072.01

---

**3.93**

**Nonpriority creditor's name and mailing address**

DE LAGE LANDEN FINANCIAL SERVICES. INC.
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 41602
PHILADELPHIA, PA  19101

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $1,532.38

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.94**    **Nonpriority creditor's name and mailing address**

DEPT OF CONSTRUCTION SERVICES. BUREAU OF BOILERS
ATTN: COMMISSIONER OR AGENT IN CHARGE
1111 CONTRY CLUB ROAD
MIDDLETOWN, CT 06457

**Date or dates debt was incurred**

**Last 4 digits of account number: 1113**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$560.00

---

**3.95**    **Nonpriority creditor's name and mailing address**

DEPT OF MOTOR VEHICLES

**Date or dates debt was incurred**

**Last 4 digits of account number: 0444**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$354.00

---

**3.96**    **Nonpriority creditor's name and mailing address**

DEVLIN. MICHAEL P ESQ
31 CHERRY STREET
SUITE 1000
MILFORD, CT 06460

**Date or dates debt was incurred**

**Last 4 digits of account number: 3049**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,400.00

---

**3.97**    **Nonpriority creditor's name and mailing address**

DIRECT ENERGY BUSINESS (ELECTRIC)
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
194 WOOD AVENUE SOUTH
SUITE 200
ISELIN, NJ 08830

**Date or dates debt was incurred**

**Last 4 digits of account number: 0658**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$114,515.03

---

**3.98**    **Nonpriority creditor's name and mailing address**

DIRECT ENERGY BUSINESS (GAS)

**Date or dates debt was incurred**

**Last 4 digits of account number: 5021**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$94,339.95

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.99**    **Nonpriority creditor's name and mailing address**

DOCUMENT SOLUTIONS UNLIMITED (FAX UNLIMITED)
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
74 EAST ROUTE 59
SPRING VALLEY, NY 10977

**Date or dates debt was incurred**

**Last 4 digits of account number: 5303**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$181.12

---

**3.100**    **Nonpriority creditor's name and mailing address**

DON ANTHONY (REC)
537 RYERSON AVE
WOOD RIDGE, NJ 07075

**Date or dates debt was incurred**

**Last 4 digits of account number: 5358**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,100.00

---

**3.101**    **Nonpriority creditor's name and mailing address**

DUCHARME. MCMILLEN & ASSOCIATES INC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
828 HARRISON ST
SUITE 650
FORT WAYNE, IN 46802

**Date or dates debt was incurred**

**Last 4 digits of account number: 5055**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$134,737.22

---

**3.102**    **Nonpriority creditor's name and mailing address**

DYNALINK COMMUNICATIONS INC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 3415
CHURCH STREET STATION
NEW YORK, NY 10008

**Date or dates debt was incurred**

**Last 4 digits of account number: 5300**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,340.88

---

**3.103**    **Nonpriority creditor's name and mailing address**

EAGLE FENCE 8 GUARDRAIL
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 7077
PLAINVILLE, CT 06062

**Date or dates debt was incurred**

**Last 4 digits of account number: 5359**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$438.69

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.104 | **Nonpriority creditor's name and mailing address**<br><br>EDS PRESENTATIONS<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>245 SILVER ST<br>BRIDGEPORT, CT 06610<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0458 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $844.89 |

| 3.105 | **Nonpriority creditor's name and mailing address**<br><br>ELECTRIC MAINTENANCE SERVICE<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 3331<br>143 BENNETT ST<br>BRIDGEPORT, CT 06605<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1975 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,970.42 |

| 3.106 | **Nonpriority creditor's name and mailing address**<br><br>EMEDCO INC.<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>39209 TREASURY CNT<br>CHICAGO, IL 60694<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5465 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $84.44 |

| 3.107 | **Nonpriority creditor's name and mailing address**<br><br>ENVIRONMENTAL ENGINEERING. INC<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 3440<br>100 OLD GATE LANE<br>MILFORD, CT 06460<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5395 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,250.91 |

| 3.108 | **Nonpriority creditor's name and mailing address**<br><br>FINANCIAL SERVICES CENTER<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0257 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $120.00 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.109 | **Nonpriority creditor's name and mailing address**<br><br>FIRE PROTECTION TESTING<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>1701 HIGHLAND AVE 4<br>CHESHIRE, CT  06410<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0675 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $29,966.68 |

| 3.110 | **Nonpriority creditor's name and mailing address**<br><br>FIRST INSURANCE FUNDING<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>450 SKOKIE BLVD., SUITE 1000<br>NORTHBROOK, IL  60062<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5473 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $267,717.44 |

| 3.111 | **Nonpriority creditor's name and mailing address**<br><br>FORD MOTOR CREDIT CO - 36 MOS<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 220555<br>PITTSBURGH, PA  15257<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0348 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $2,418.92 |

| 3.112 | **Nonpriority creditor's name and mailing address**<br><br>FRED PRYOR/ CAREER TRACK (SEMINARS)<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 171315<br>KANSAS CITY, KS  66117<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0304 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $149.00 |

| 3.113 | **Nonpriority creditor's name and mailing address**<br><br>FREEMAN AIR<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5487 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $4,250.00 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.114 | **Nonpriority creditor's name and mailing address**<br><br>FREITAS ENTERPRISING INC<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>35 CROSBY RD<br>DOVER, NH  03820<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0543 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,617.80 |

| 3.115 | **Nonpriority creditor's name and mailing address**<br><br>FRONTIER COMMUNICATIONS<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 20550<br>ROCHESTER, NY  14602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5325 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $731.43 |

| 3.116 | **Nonpriority creditor's name and mailing address**<br><br>FUSS & O'NEILL<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>146 HARTFORD RD<br>MANCHESTER, CT  06040<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5455 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $12,750.00 |

| 3.117 | **Nonpriority creditor's name and mailing address**<br><br>GARDELLA. DAN   - REC<br>72 GREYSTONE ROAD EXT<br>PLYMOUTH, CT  06782<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0265 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $360.00 |

| 3.118 | **Nonpriority creditor's name and mailing address**<br><br>GRAINGER<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>DEPT 864387543<br>PALATINE, IL  60038-0001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1199 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $851.39 |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

**3.119**   **Nonpriority creditor's name and mailing address**

GRANDERSON MANAGEMENT, INC.

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.120**   **Nonpriority creditor's name and mailing address**

GRASSO. NICK REC
1 BRIARWOOD CIR
NORTH HAVEN, CT 06473

**Date or dates debt was incurred**

**Last 4 digits of account number: 0243**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$270.00

---

**3.121**   **Nonpriority creditor's name and mailing address**

GREAT AMERICA LEASING CORP.
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 66083
DALLAS, TX 75266

**Date or dates debt was incurred**

**Last 4 digits of account number: 5212**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$789.52

---

**3.122**   **Nonpriority creditor's name and mailing address**

GREEN & SKLARZ LLC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
700 STATE STREET
SUITE 1000
NEW HAVEN, CT 06511

**Date or dates debt was incurred**

**Last 4 digits of account number: 5364**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,751.21

---

**3.123**   **Nonpriority creditor's name and mailing address**

H R DIRECT
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 150497
HARTFORD, CT 06115

**Date or dates debt was incurred**

**Last 4 digits of account number: 1926**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$269.62

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.124 | **Nonpriority creditor's name and mailing address**<br><br>H R HEALTHCARE<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>1750 OAK STREET<br>LAKEWOOD, NJ 08701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1684** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,630.20 |
| 3.125 | **Nonpriority creditor's name and mailing address**<br><br>HANGER PROSTHETICS INC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0217** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $839.36 |
| 3.126 | **Nonpriority creditor's name and mailing address**<br><br>HARTFORD HEALTHCARE LABORATORIES. LLC<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>129 PATRICIA M GENOVA DR<br>NEWINGTON, CT 06111<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5374** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.24 |
| 3.127 | **Nonpriority creditor's name and mailing address**<br><br>HCPRO<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5362** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $297.00 |
| 3.128 | **Nonpriority creditor's name and mailing address**<br><br>HERB OLITSKY CONSULTING SERVIC<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>3009 AVENUE K<br>BROOKLYN, NY 11210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0398** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,258.50 |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.129 | **Nonpriority creditor's name and mailing address**<br><br>HOBART CORPORATION<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>14 AIRPORT RD<br>E GRANBY, CT  06026<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0640 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,214.10 |

| 3.130 | **Nonpriority creditor's name and mailing address**<br><br>HOME DEPOT STORE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0659 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,521.83 |

| 3.131 | **Nonpriority creditor's name and mailing address**<br><br>HOSPITALITY ELECTRONICS SUPPLY (HES)<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5482 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $396.78 |

| 3.132 | **Nonpriority creditor's name and mailing address**<br><br>HUB INTERNATIONAL NORTHEAST. LTD.<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>2329 NOSTRAND AVE<br>BROOKLYN, NY  11210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2055 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $106,965.00 |

| 3.133 | **Nonpriority creditor's name and mailing address**<br><br>HUDSON SEATING 8 MOBILITY<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>151 ROCKWELL RD<br>NEWINGTON, CT  06111<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1430 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $425.04 |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.134 | **Nonpriority creditor's name and mailing address**<br><br>ICE MACHINE PARTS<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5386 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,932.84 |
| 3.135 | **Nonpriority creditor's name and mailing address**<br><br>IKE'S EXTERMINATING<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>104 NORBEN RD<br>MONSEY, NY 10952<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1544 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,803.30 |
| 3.136 | **Nonpriority creditor's name and mailing address**<br><br>INPRO CORPORATION<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 720<br>MUSKEGO, WI 53150<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1793 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,152.69 |
| 3.137 | **Nonpriority creditor's name and mailing address**<br><br>INTERSTATE FIRE SAFE EQUIP<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 925<br>GREENWICH, CT 06836<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0661 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,988.68 |
| 3.138 | **Nonpriority creditor's name and mailing address**<br><br>IRS HELP<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5464 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,500.00 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.139 | **Nonpriority creditor's name and mailing address**<br>IRVING D. MOY (CONSULTANT)<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5469 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $200.00 |
|---|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address**<br>J A EPIFANO INC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1680 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.141 | **Nonpriority creditor's name and mailing address**<br>J MEZES 8 SONS<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>322-340 DEWEY ST<br>BRIDGEPORT, CT 06605<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3041 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,334.42 |
| 3.142 | **Nonpriority creditor's name and mailing address**<br>J. WRIGHT LEAONARD. BCFE. CDE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5439 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,800.00 |
| 3.143 | **Nonpriority creditor's name and mailing address**<br>JUST STUMPS TREE SERVICE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5489 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,500.00 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.144 | **Nonpriority creditor's name and mailing address**<br><br>KAMCOSUPPLY CORP OF NEW ENGLAND<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 530<br>WALLINGFORD, CT 06492<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5317** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,891.57 |
| 3.145 | **Nonpriority creditor's name and mailing address**<br><br>KAUFMAN. ETHEL (MUSIC HEART<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>1701 HIGHLAND AVE 4<br>CHESHIRE, CT 06410<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0234** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65.00 |
| 3.146 | **Nonpriority creditor's name and mailing address**<br><br>KIA MOTORS FINANCE<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 660891<br>DALLAS, TX 75266<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5484** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $974.37 |
| 3.147 | **Nonpriority creditor's name and mailing address**<br><br>KNIGHT'S INC.<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>286 BOSTON POST ROAD<br>ORANGE, CT 06477<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5320** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $331.34 |
| 3.148 | **Nonpriority creditor's name and mailing address**<br><br>KONE INC (MONTGOMERY KONE) -<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 429<br>MOLINE, IL 61265<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0790** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,312.74 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $824.40

LEXUS FINANCIAL SERVICES
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 371339
PITTSBURGH, PA  15250

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 0567

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,806.34

LINCOLN LIFE 8 ANNUITY COM OF NEW YORK
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
120 MADISON STREET, SUITE 1700
SYRACUSE, NY  13202-2802

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5067

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

LORNA J. WALKER CAMPBELL
140 LOURMEL STREET
BRIDGEPORT, CT  06606

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,129.00

LTC MANAGEMENT (DENTIST)
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
174 SCOTT RD
PROSPECT, CT  06712

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5381

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $225.00

LYONS. JAY C ATTY

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 0754

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.154**    **Nonpriority creditor's name and mailing address**

MAGELLAN RX MANAGEMENT, INC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
6870 SHADOWRIDGE DRIVE, SUITE 111
ORLANDO, FL 32812

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$85,280.85

---

**3.155**    **Nonpriority creditor's name and mailing address**

MARIE NAVAL
C/O UMEUGO & ASSOCIATES PC
620 BOSTON POST ROAD
WEST HAVEN, CT 06516

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.156**    **Nonpriority creditor's name and mailing address**

MARION V. PEREZ
C/O LAW OFFICES OF J. WILLIAM GAGNE, JR. & ASSOC.
P.C.
ATTN: J. WILLIAM GAGNE, JR.
1 CONGRESS ST., 3RD FLOOR
HARTFORD, CT 06114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.157**    **Nonpriority creditor's name and mailing address**

MARLIN LEASING CORPORATION
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
300 FELLOWSHIP RD
MOUNT LAUREL, NJ 08054

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,580.10

---

**3.158**    **Nonpriority creditor's name and mailing address**

MAT ELECTRONICS
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 612
FEASTERVILLE, PA 19053-0612

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5419

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$590.21

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

MATERA. GENE (REC)
15 CHURCH TAVERN RD
SOUTH SALEM, NY  10590

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

---

3.160  **Nonpriority creditor's name and mailing address**

MAVEN MOTORS INC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
121 02 JAMAICA AVE
RICHMOND HILL, NY  11418

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,716.38

---

3.161  **Nonpriority creditor's name and mailing address**

MBS LTD.
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
409 HOYT ST
BROOKLYN, NY  11231

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5457

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,068.32

---

3.162  **Nonpriority creditor's name and mailing address**

MCMASTER-CARR SUPPLY CO
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 7690
CHICAGO, IL  60680

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,141.66

---

3.163  **Nonpriority creditor's name and mailing address**

MED ESSENTIALS LLC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 343
NEW HARTFORD, CT  06057

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0491

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,341.24

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $399.00 |
|---|---|---|---|

3.164 | **Nonpriority creditor's name and mailing address**

MEDIBAG PHARMACY PROMOTIONS
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
2030 DRILL AVE
DAYTON, OH  45414

**Date or dates debt was incurred**

**Last 4 digits of account number: 5257**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$399.00

---

3.165 | **Nonpriority creditor's name and mailing address**

MEDICAL SPECIALISTS OF FAIRFIELD

**Date or dates debt was incurred**

**Last 4 digits of account number: 5360**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

3.166 | **Nonpriority creditor's name and mailing address**

MEDWIZ PHARMACY
ATTN: ERIC NEWHOUSE
167 ROUTE 304 SUITE 101
BARDONIA, NY  10954

**Date or dates debt was incurred**

**Last 4 digits of account number: 5390**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$610,467.36

---

3.167 | **Nonpriority creditor's name and mailing address**

MELE. ROBERT (REC)
808 FOXON RD
EAST HAVEN, CT  06513

**Date or dates debt was incurred**

**Last 4 digits of account number: 5256**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$240.00

---

3.168 | **Nonpriority creditor's name and mailing address**

MEPCO FINSNCE CORPORATION

**Date or dates debt was incurred**

**Last 4 digits of account number: 5433**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$444.04

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.169**

**Nonpriority creditor's name and mailing address**

MOBILEXUSA
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 17462
BALTIMORE, MD  21297-0518

**Date or dates debt was incurred**

**Last 4 digits of account number: 5086**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,984.38

---

**3.170**

**Nonpriority creditor's name and mailing address**

MONARQRC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
8521 FALLBROOK AVE
SUITE 100
WEST HILLS, CA  91304

**Date or dates debt was incurred**

**Last 4 digits of account number: 5431**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$327.56

---

**3.171**

**Nonpriority creditor's name and mailing address**

MURTHA. CULLINA. LLP   ATTY
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
185 ASYLUM STREET
HARTFORD, CT  06103

**Date or dates debt was incurred**

**Last 4 digits of account number: 3097**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,491.50

---

**3.172**

**Nonpriority creditor's name and mailing address**

NATIONWIDE LENDING DIRECT. LLC

**Date or dates debt was incurred**

**Last 4 digits of account number: 5488**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

---

**3.173**

**Nonpriority creditor's name and mailing address**

NATIONWIDE LIFE INS
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 183046
COLUMBUS, OH  43218

**Date or dates debt was incurred**

**Last 4 digits of account number: 0821**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,813.91

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.174 | **Nonpriority creditor's name and mailing address**<br><br>NATIVIDADE GONCALVES<br>C/O LAW OFFICES OF J. WILLIAM GAGNE, JR. & ASSOC.<br>P.C.<br>ATTN: J. WILLIAM GAGNE, JR.<br>1 CONGRESS ST., 3RD FLOOR<br>HARTFORD, CT  06114<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.175 | **Nonpriority creditor's name and mailing address**<br><br>NEHCEU LOCAL 1199<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>77 HUYSHOPE AVE<br>HARTFORD, CT  06106<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0100 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,516.20 |
| 3.176 | **Nonpriority creditor's name and mailing address**<br><br>NEW BENEFITS<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>14240 PROTON RD<br>DALLAS, TX  75244<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5135 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $33.12 |
| 3.177 | **Nonpriority creditor's name and mailing address**<br><br>NOA DIAGNOSTICS<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>6851 JERICHO TPKE<br>SUITE 150<br>SYOSSET, NY  11791-4462<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5361 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $16,746.23 |
| 3.178 | **Nonpriority creditor's name and mailing address**<br><br>NORTHEAST GENERATOR COMPANY<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>596 JOHN STREET<br>BRIDGEPORT, CT  06604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5105 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $10,073.67 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $114.36 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
NORTHEAST MEDICAL GROUP. INC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 415126
BOSTON, MA  02241

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$114.36

---

3.180  **Nonpriority creditor's name and mailing address**
NOVACK BURNBAUM CRYSTAL LLP
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
675 THIRD AVE
FL 8
NEW YORK, NY  10017

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$45,380.13

---

3.181  **Nonpriority creditor's name and mailing address**
NUMOTION

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$97.60

---

3.182  **Nonpriority creditor's name and mailing address**
NUTRITION SOLUTIONS
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
2A PEARL HILL ST
MILFORD, CT  06460

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0617

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,216.00

---

3.183  **Nonpriority creditor's name and mailing address**
OCCUPATONAL HEALTH CENTERS

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,193.80

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.184 | **Nonpriority creditor's name and mailing address** | $175.00 |
| | OMNI COMMUNICATIONS INC | |
| | ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT | |
| | 85 STATE ST | |
| | SUITE D | |
| | NORTH HAVEN, CT 06473 | |

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number: 0609**

---

| | | |
|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | $4,501.01 |
| | ONE STOP SUPPLY INC | |
| | ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT | |
| | 1305 BARNUM AVE | |
| | STRATFORD, CT 06497 | |

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number: 1584**

---

| | | |
|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | $352.80 |
| | ONEBEACON INSURANCE GROUP | |
| | ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT | |
| | 751 ARBOR WAY | |
| | SUITE 260 | |
| | BLUE BELL, PA 19422 | |

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number: 5291**

---

| | | |
|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | $65.06 |
| | OPHTHALMIC CONSULT OF CT | |
| | ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT | |
| | 75 KINGS HIGHWAY CUTOFF | |
| | FAIRFIELD, CT 06824 | |

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number: 0601**

---

| | | |
|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | $2,751.68 |
| | OPTHALMIC CONSULTANTS OF CT | |

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number: 5121**

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** <br><br> OPTUM360 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 5406 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |

$136.02 (amount of claim for 3.189)

| | | |
|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** <br><br> OPTUMINSIGHT <br> ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT <br> 1755 TELSTART DR <br> SUITE 400 <br> COLORADO SPRINGS, CO  80920 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 5228 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |

$400.00 (amount of claim for 3.190)

| | | |
|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** <br><br> ORTHOPAEDIC SPECIALTY GROUP <br> ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT <br> 75 KINGS HIGHWAY CUTOFF <br> FAIRFIELD, CT  06824 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 5132 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |

$1,017.15 (amount of claim for 3.191)

| | | |
|---|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** <br><br> OSTROFF. NORMAN (ENVIOR CONS) <br> 87 FISHING TRAIL <br> STAMFORD, CT  06903 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 4071 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |

$4,625.00 (amount of claim for 3.192)

| | | |
|---|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** <br><br> PARADIGMA SYSTEMS LTD <br> ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT <br> 43 HAMELACHA ST, IND ZONE <br> PO BOX 8724 <br> NETANYA  42504 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 0106 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |

$6,000.00 (amount of claim for 3.193)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.194 | **Nonpriority creditor's name and mailing address**<br>PARK CITY VALVE 8 FITTING INC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2100** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $479.85 |

| 3.195 | **Nonpriority creditor's name and mailing address**<br>PEOPLE'S UNITED BANK<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>850 MAIN ST.<br>BRIDGEPORT, CT 06604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0112** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $102,781.51 |

| 3.196 | **Nonpriority creditor's name and mailing address**<br>PEOPLE'S UNITED BANK EMPL HEALTH INS DISB ACCT<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5097** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,549.16 |

| 3.197 | **Nonpriority creditor's name and mailing address**<br>PEOPLES BANK TAX ACCT (941)<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0120** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,502.66 |

| 3.198 | **Nonpriority creditor's name and mailing address**<br>PEOPLESSYSTEMS<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 4816<br>SYRACUSE, NY 13221<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5483** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

**3.199** | **Nonpriority creditor's name and mailing address**

PESI. INC (SEMINARS)
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 1000
EAU CLAIRE, WI  54702

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5399

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$219.99

---

**3.200** | **Nonpriority creditor's name and mailing address**

PETTY CASH

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0923

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,367.06

---

**3.201** | **Nonpriority creditor's name and mailing address**

PH MEDIA GROUP

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5417

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$810.00

---

**3.202** | **Nonpriority creditor's name and mailing address**

PHILADELPHIA INSURANCE COMPANIES
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 70251
PHILADELPHIA, PA  19176

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,657.00

---

**3.203** | **Nonpriority creditor's name and mailing address**

PITCHPIPERS (REC)

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5270

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.00

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

### 3.204

**Nonpriority creditor's name and mailing address**

PITNEY BOWES LEASE/SUPPLIES
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 856042
LOUISVILLE, KY 40285

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0921

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,272.43

---

### 3.205

**Nonpriority creditor's name and mailing address**

POSITIVE PROMOTIONS

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0964

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$459.24

---

### 3.206

**Nonpriority creditor's name and mailing address**

POWER & PROCESS. INC.
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
127 INDUSTRIAL DR
SOUTHINGTON, CT 06489

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5410

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,527.80

---

### 3.207

**Nonpriority creditor's name and mailing address**

PRECISION FOOD SERVICE INC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
410 CENTER ST
WALLINGFORD, CT 06492

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0941

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$544.40

---

### 3.208

**Nonpriority creditor's name and mailing address**

PRINCIPAL LIFE INSURANCE CO
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
DEPT 400
P.O. BOX 14416
DES MOINES, IA 50306

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,331.50

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.209**    **Nonpriority creditor's name and mailing address**

PRISM CONSULTANTS LLC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 508
CEDARHURST, NY 11516

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,700.00

---

**3.210**    **Nonpriority creditor's name and mailing address**

PROVINCE CONSULTING GROUP

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5414

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,750.00

---

**3.211**    **Nonpriority creditor's name and mailing address**

PURCHASE POWER (PITNEY BOWES
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 856042
LOUISVILLE, KY 40285

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0960

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,550.73

---

**3.212**    **Nonpriority creditor's name and mailing address**

QUALITY ROOFING SYSTEMS INC

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1925

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.99

---

**3.213**    **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTIC LAB
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
3 STERLING DR
WALLINGFORD, CT 06492

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0224

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,685.04

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $212,536.27 |

RAINTREE HEALTHCARE STAFFING
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
116 WEST 23RD ST
NEW YORK, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 0518

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $140,900.00 |

RAM CAPITAL FUNDING LLC
111 JOHN STREET, SUITE 1210
NEW YORK, NY 10038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
MERCHANT CASH LENDER

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48.00 |

RESIDENT ESSENTIALS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5408

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,800.94 |

RESTAURANT SUPLY.COM

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5470

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $888.02 |

ROTO ROOTER
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
255 STAGG ST
STRATFORD, CT 06497

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 1899

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $771.38 |
|---|---|---|---|

ROYAL GEN CONTRACT 8 SIDING
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
11 ROSEWOOD LN
SHELTON, CT 06484

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 0663

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,222.25 |
|---|---|---|---|

S S WORLDWIDE   ARTS/CRAFTS
C/O AR
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
PO BOX 210
HARTFORD, CT 06141

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 1687

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,809.02 |
|---|---|---|---|

SAHAR. SHALOM MAIN
5650 MAIN STREET
TRUMBULL, CT 06611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 1956

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21,087.78 |
|---|---|---|---|

SALSBURG. MANDELBAUM
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
510 THORNALL STREET
SUITE 180
EDISON, NJ 08837

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5296

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,174.32 |
|---|---|---|---|

SANTEC. INC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
1420 EAST LINDEN AVE
LINDEN, NJ 07036

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5332

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**   Additional Page

|  | Amount of claim |
|---|---|

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,256.16 |

**3.224** | **Nonpriority creditor's name and mailing address**

SARTRON. LLC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
2351 BOSTON POST RD
BLDG 3
GUILFORD, CT 06437

**Date or dates debt was incurred**

**Last 4 digits of account number: 5201**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,256.16

---

**3.225** | **Nonpriority creditor's name and mailing address**

SECURITAS SECURITY SERVICES
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
57 PLAINS RD.
SUITE 1B
MILFORD, CT 06461

**Date or dates debt was incurred**

**Last 4 digits of account number: 2038**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$110,005.04

---

**3.226** | **Nonpriority creditor's name and mailing address**

SECURITY MUTUAL LIFE INS CO
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 1625
BINGHAMTON, NY 13902

**Date or dates debt was incurred**

**Last 4 digits of account number: 0206**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$738.99

---

**3.227** | **Nonpriority creditor's name and mailing address**

SHERWIN-WILLIAMS CO.
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
46 GLENWOOD AVE
BRIDGEPORT, CT 06610

**Date or dates debt was incurred**

**Last 4 digits of account number: 5468**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$602.44

---

**3.228** | **Nonpriority creditor's name and mailing address**

SHORELINE BOILER 8 WELDING. LLC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
43 M PEPPERIDGE AVE
WESTBROOK, CT 06498

**Date or dates debt was incurred**

**Last 4 digits of account number: 5245**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,072.99

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.229**   **Nonpriority creditor's name and mailing address**

SIMPLEX GRINNELL FIRE SECURITY

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$663.89

---

**3.230**   **Nonpriority creditor's name and mailing address**

SMART MUSIC SERVICES (REC)
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 3884
WOODBRIDGE, CT 06525

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5331

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$400.00

---

**3.231**   **Nonpriority creditor's name and mailing address**

SMARTLINX SOLUTIONS LLC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
33 THORNALL ST
4TH FLOOR
EDISON, NJ 08837

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,877.85

---

**3.232**   **Nonpriority creditor's name and mailing address**

SOUTHERN CT GAS COMPANY
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
P.O. BOX 1540
BRIDGEPORT, CT 06601

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,196.91

---

**3.233**   **Nonpriority creditor's name and mailing address**

SOUTHERN CT VASCULAR CENTER. LLC

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5237

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$697.09

---

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr>
<td>3.234</td>
<td>

**Nonpriority creditor's name and mailing address**

SSC. INC. ( SECURITY )
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
25 CONTROLS DR
SHELTON, CT 06484

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5480
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">$29,253.41</td>
</tr>

<tr>
<td>3.235</td>
<td>

**Nonpriority creditor's name and mailing address**

ST MAR WINTHROP FRY

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5070
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">$3,530.91</td>
</tr>

<tr>
<td>3.236</td>
<td>

**Nonpriority creditor's name and mailing address**

ST MARSHAL ROBERT S. MILLER

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5077
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">$225.00</td>
</tr>

<tr>
<td>3.237</td>
<td>

**Nonpriority creditor's name and mailing address**

ST MARSHAL SARA LADEN

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0070
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">$550.00</td>
</tr>

<tr>
<td>3.238</td>
<td>

**Nonpriority creditor's name and mailing address**

ST VINCENTS MEDICAL
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
2800 MAIN ST
BRIDGEPORT, CT 06606

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1027
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes
</td>
<td style="text-align:right">$5,148.47</td>
</tr>
</table>

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.239**    **Nonpriority creditor's name and mailing address**

STANLEY HEALTHCARE (SECURITY SOLUTIONS)

**Date or dates debt was incurred**

**Last 4 digits of account number: 1708**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,724.76

---

**3.240**    **Nonpriority creditor's name and mailing address**

STATE OF CONNECTICUT COMMISSIONER OF SOCIAL
SERVICES
55 FARMINGTON AVE.
HARTFORD, CT 06105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.241**    **Nonpriority creditor's name and mailing address**

STATE OF CT DEPT OF LABOR
ATTN: COMMISSIONER OR AGENT IN CHARGE
200 FOLLY BROOK BLVD
WETHERSFIELD, CT 06109

**Date or dates debt was incurred**

**Last 4 digits of account number: 1116**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.00

---

**3.242**    **Nonpriority creditor's name and mailing address**

STATE SUPPLY CO.. INC

**Date or dates debt was incurred**

**Last 4 digits of account number: 5425**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,825.90

---

**3.243**    **Nonpriority creditor's name and mailing address**

SWALLOWING DIAGNOSTICS LLC
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
21 WATERVILLE RD
AVON, CT 06001

**Date or dates debt was incurred**

**Last 4 digits of account number: 5036**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$360.00

---

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.244 | **Nonpriority creditor's name and mailing address**<br>SYR2-CORPARATE DEPARTMENT<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5288 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,507.28 |
| 3.245 | **Nonpriority creditor's name and mailing address**<br>TD BANK HEALTH INS DISB ACCT<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5485 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $331,313.92 |
| 3.246 | **Nonpriority creditor's name and mailing address**<br>TECHNICAL GAS PRODUCTS. INC (02 SAFE SOLUTIONS)<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>101 NORTH PLAINS RD<br>1B SUITE 1<br>WALLINGFORD, CT 06492<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5458 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59,982.78 |
| 3.247 | **Nonpriority creditor's name and mailing address**<br>TELLER PRINTING<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>285 LEE AVE<br>BROOKLYN, NY 11206<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0279 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,175.79 |
| 3.248 | **Nonpriority creditor's name and mailing address**<br>TILL. W. PETER<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>105 MORRIS AVE.<br>SPRINGFIELD TOWNSHIP, NJ 07081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5297 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $233,922.62 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.249** | **Nonpriority creditor's name and mailing address**
TORRCO

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5376

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$8,647.06**

---

**3.250** | **Nonpriority creditor's name and mailing address**
TOTAL COMMUNICATIONS. INC.
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
333 BURNHAM ST
EAST HARTFORD, CT  06108

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5366

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$740.20**

---

**3.251** | **Nonpriority creditor's name and mailing address**
TOWNE NURSING STAFF, INC.
A/K/A TOWNE STAFFING, LLC
1413 38TH ST.
BROOKLYN, NY  11218

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**UNKNOWN**

---

**3.252** | **Nonpriority creditor's name and mailing address**
TRANS-CLEAN CORPORATION
ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT
45 MAYFAIR PLACE
STRATFORD, CT  06615

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,379.36**

---

**3.253** | **Nonpriority creditor's name and mailing address**
TREASURER. ST OF CT
C/O DEPT PUBLIC HEALTH
ATTN: COMMISSIONER OR AGENT IN CHARGE
PO BOX 340308
HARTFORD, CT  06134

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1979

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$100.00**

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,949.51 |
| | TRUSTMARK<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>75 REMITTANCE DR<br>SUITE 1791<br>CHICAGO, IL  60675 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number: 5396** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,891.35 |
| | U.S. LOCK<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 2317<br>JACKSONVILLE, FL  32203 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number: 5426** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,954.57 |
| | UNITED ILLUMINATING<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 2936<br>HARTFORD, CT  06104-2936 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number: 1180** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | UNITED STATES DEPARTMENT OF JUSTICE<br>R. ALEXANDER ACOSTA, SECRETARY OF LABOR<br>200 CONSTITUTION AVE NW<br>WASHINGTON, DC  20210 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,001.38 |
| | VERIZON WIRELESS<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>P.O. BOX 4003<br>ACWORTH, GA  30101 | *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number: 5301** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.259 | **Nonpriority creditor's name and mailing address**<br>WAGNER. RITA (REC)<br>21 HICKOK AVE<br>BETHEL, CT 06801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5306** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $140.00 |
| 3.260 | **Nonpriority creditor's name and mailing address**<br>WARSHAVCHIK. ARNOLD<br>1294 EAST 8TH ST<br>BROOKLYN, NY 11230<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0078** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,200.00 |
| 3.261 | **Nonpriority creditor's name and mailing address**<br>WATER POLLUTION CONTROL AUTHOR<br>ATTN: COMMISSIONER OR AGENT IN CHARGE<br>P.O. BOX 621<br>BRIDGEPORT, CT 06601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1428** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OTHER PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56,897.27 |
| 3.262 | **Nonpriority creditor's name and mailing address**<br>WINTERS BROS. WASTE SYSTEMS. CT<br>ATTN: PRESIDENT, SECRETARY, OR MANAGING AGENT<br>307 WHITE ST<br>DANBURY, CT 06810<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0144** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $86,821.70 |
| 3.263 | **Nonpriority creditor's name and mailing address**<br>WORLDWIDE GLOBAL CAPITAL, LLC<br>D/B/A FASTLINE CAPITAL<br>30 BROAD STREET<br>14TH FLOOR<br>NEW YORK, NY 10004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANT CASH LENDER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $428,700.00 |

| Part 2: | Additional Page |  |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.264** | **Nonpriority creditor's name and mailing address**
YALE MEDICAL GROUP

**Date or dates debt was incurred**

**Last 4 digits of account number: 5082**

**As of the petition filing date, the claim is:** $471.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address**
YESHIVA BAIS UVI GREIDING

**Date or dates debt was incurred**

**Last 4 digits of account number: 5277**

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address**
ZEISLER 8 ZEISLER. P.C.

**Date or dates debt was incurred**

**Last 4 digits of account number: 5478**

**As of the petition filing date, the claim is:** $22,840.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a.** Total claims from Part 1 | 5a. | $117,840.22 |
| **5b.** Total claims from Part 2 | 5b. + | $15,272,841.47 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $15,390,681.69 |

**Fill in this information to identify the case:**

Debtor    Bridgeport Health Care Center Inc.

United States Bankruptcy Court for the:   District of Connecticut

Case number    18-50488
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.**   **Does the debtor have any executory contracts or unexpired leases?**

     ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

     ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE - THERAPY DTD 5/1/2017 | ACCELERATED CARE PLUS 9855 DOUBLE R BLVD. RENO, NV 98521 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE BARGAINING AGREEMENT | AFSCME, LOCAL 1522, COUNCIL 4 338 GRANFIELD AVE BRIDGEPORT, CT 06610 |
| | **State the term remaining** | 9/30/2018 | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | ANCILLARY PROVIDER AGREEMENT | ANTHEM HEALTH PLANS, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD 2221 EDWARD HOLLAND DRIVE RICHMOND, VA 23230 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY SUBACUTE SERVICES AGREEMENT DTD 4/1/2006 | ANTHEM HEALTH PLANS, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD 2221 EDWARD HOLLAND DRIVE RICHMOND, VA 23230 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DTD 11/1/2017 | BENEFIT & RISK MANAGEMENT SERVICES, INC.<br>ATTN: MATTHEW SCHAFER, CEO<br>80 IRON POINT CIRCLE, SUITE 200<br>FOLSOM, CA  95630 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PATIENT TRANSFER AGREEMENT DTD 8/1/1994 | BRIDGEPORT HOSPITAL<br>267 GRANT ST.<br>BRIDGEPORT, CT  06610 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT DTD 4/1/2011 | CARETECH SUPPLIES, LLC<br>1123 MCDONALD AVENUE<br>BROOKLYN, NY  11230 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HOSPICE SERVICES AGREEMENT DTD 7/24/2015 | CARING HOSPICE SERVICES OF CONNECTICUT, LLC<br>ATTN: ADMINISTRATOR<br>45 CHURCH STREET, SUITE 203<br>STAMFORD, CT  06906 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT LEASE - COPIER DTD 7/27/2016 | CCP SOLUTIONS LLC<br>74 MARINE ST<br>FARMINGDALE, NY  11735 |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT LEASE | CCP SOLUTIONS, LLC<br>74 MARINE ST<br>FARMINGDALE, NY  11735 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | CCP SOLUTIONS, LLC<br>74 MARINE ST<br>FARMINGDALE, NY 11735 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | NETWORK SERVICE AGREEMENT DTD 12/18/2017 | CIGNA HEALTH AND LIFE INSURANCE CO.<br>C/O BENEFIT & RISK MANAGEMENT SERVICES, INC.<br>80 IRON POINT CIRCLE, SUITE 200<br>FOLSOM, CA 95630 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | THERAPY MANAGEMENT SERVICES AGREEMENT DTD 6/1/2015 | COMPREHENSIVE THERAPY SERVICES LLC<br>26 FIREMANS MEMORIAL DRIVE<br>SUITE 205<br>POMONA, NY 10970 |
| | **State the term remaining** | 5/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | NURSING HOME DIALYSIS TRANSFER AGREEMENT DTD 3/15/2007 | DAVITA INC.<br>D/B/A BRIDGEPORT DIALYSIS CENTER<br>900 MADISON AVENUE<br>BRIDGEPORT, CT 06606 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE - FAX MACHINES DTD 5/17/2017 | DE LAGE LANDEN FINANCIAL<br>P.O. BOX 41601<br>PHILADELPHIA, PA 19101-1601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE - FAX MACHINES DTD 8/27/2017 | DE LAGE LANDEN FINANCIAL<br>P.O. BOX 41601<br>PHILADELPHIA, PA 19101-1601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL PREMIUM FINANCE AGREEMENT DTD 11/1/2017 | FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD., SUITE 1000<br>NORTHBROOK, IL 60062-7917 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUIPMENT LEASE - FAX MACHINES DTD 6/6/2012 | GREAT AMERICAN LEASING<br>P.O. BOX 606<br>CEDAR RAPIDS, IA 52406 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSFER AGREEMENT DTD 8/1/2010 | GRIFFIN HOSPITAL<br>103 DIVISION STREET<br>DERBY, CT 06418 |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOSPICE CARE SERVICES AGREEMENT DTD 4/7/2006 | HOSPICE AND PALLIATIVE CARE OF CONNECTICUT |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 4/7/2006 | HOSPICE AND PALLIATIVE CARE OF CONNECTICUT |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSFER AGREEMENT DTD 1/1/2002 | HOSPITAL OF ST. RAPHAEL<br>CARE MANAGEMENT DEPT.<br>ATTN: MICHELLE NAZARIO<br>1450 CHAPEL STREET<br>NEW HAVEN, CT 06511 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DTD 10/1/2017 | KONE INC.<br>60 COMMERCE DRIVE<br>TRUMBULL, CT 06611 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | KRONOS INC.<br>297 BILLERICA ROAD<br>CHELMSFORD, MA 01824 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUIPMENT LEASE - COPIER DTD 5/8/2012 | MARLIN LEASING<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL, NJ 08054 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUIPMENT LEASE - COPIER DTD 3/1/2010 | MARLIN LEASING<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL, NJ 08054 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUIPMENT LEASE - COPIER DTD 8/22/2017 | MARLIN LEASING<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL, NJ 08054 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COLLECTIVE BARGAINING AGREEMENT | NEW ENGLAND HEALTH CARE EMPLOYEES UNION<br>77 HUYSHOPE AVENUE<br>HARTFORD, CT 06106 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOBILE INSURANCE POLICY | PHILADELPHIA INDEMNITY INSURANCE COMPANY ONE BALA PLAZA, SUITE 100 BALA CYNWYD, PA 19004 |
| | **State the term remaining** | 1/10/2019 | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE - MAIL MACHINE DTD 9/28/2016 | PITNEY BOWES P.O. BOX 856179 LOUISVILLE, KY 40285 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DTD 7/29/2009 | RAINTREE HEALTH CARE STAFFING, INC. 116 WEST 23RD STREET NEW YORK, NY 10011 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT DTD 11/18/2008 | SAINT RAPHAEL HEALTHCARE SYSTEM, INC. 1450 CHAPEL STREET NEW HAVEN, CT 06511 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | SMARTLINX SOLUTIONS, LLC 333 THORNALL STREET, 4TH FLOOR EDISON, NJ 08837 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVIDER AGREEMENT DTD 12/3/2007 | SOUTHWESTERN CONNECTICUT AGENCY ON AGING, INC. 10 MIDDLE STREET BRIDGEPORT, CT 06604 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STOP LOSS POLICY DTD 10/1/2016 | SUN LIFE ASSURANCE COMPANY OF CANADA<br>1 SUN LIFE EXECUTIVE PARK<br>WELLESLEY HILLS, MA  02481 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOSPICE CARE SERVICES AGREEMENT DTD 5/1/2005 | THE CONNECTICUT HOSPICE, INC.<br>ATTN: PRESIDENT AND CEO<br>100 DOUBLE BEACH ROAD<br>BRANFORD, CT  06405 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOSPICE INPATIENT SERVICES AGREEMENT DTD 4/1/2004 | VISITING NURSE SERVICES OF CONNECTICUT, INC.<br>765 FAIRFIELD AVENUE<br>BRIDGEPORT, CT  06604-3702 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INPATIENT SERVICES AGREEMENT DTD 4/5/2005 | VITAS HEALTHCARE CORPORATION OF PENNSYLVANIA<br>ATTN: GENERAL MANAGER<br>777 COMMERCE DRIVE, SUITE 220<br>FAIRFIELD, CT  06825 |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSFER AGREEMENT DTD 2/26/2007 | YALE-NEW HAVEN HOSPITAL<br>20 YORK STREET<br>NEW HAVEN, CT  06510-3202 |

**Fill in this information to identify the case:**

Debtor    Bridgeport Health Care Center Inc.

United States Bankruptcy Court for the:   District of Connecticut

Case number    18-50488
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

1.    **Does the debtor have any codebtors?**

     ☑ No.   Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

     ☐ Yes.

---

Fill in this information to identify the case:

Debtor      Bridgeport Health Care Center Inc.

United States Bankruptcy Court for the:  District of Connecticut

Case number    18-50488
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/10/2018                      ✗  /s/ Chaim Stern
              MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                                Chaim Stern
                                                Printed name

                                                Chief Financial Officer
                                                Position or relationship to debtor